IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MATLOFF, DARREN SCOTT | § § | Case No. 19-44253-MXM-7 |
| | § § | Chapter 7 |
| DEBTOR | § § § | |

## TRUSTEE'S NOTICE OF ASSETS
## AND REQUEST FOR CHANGE OF STATUS

The above titled and numbered proceeding was originally noticed as a no-asset case. No chapter 7 claims bar date has been established. I hereby request that the status of this case be changed to an asset case. Please establish a chapter 7 bar date and notify creditors to file a Proof of Claim.

Respectfully submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 17999450

6505 W. Park Blvd, Ste. 306
Plano, Texas  75093
Telephone:  214-234-2500
scott@scottseidel.com

CHAPTER 7 TRUSTEE